PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Herman E. Sims Jr.                                Docket No. 0754 3:21CR30093-001

                                                                     Register Number: 11512-025

Name of Sentencing Judicial Officer:  Honorable Henry Edward Autrey,  U.S. District Judge,
                                      Eastern District of Missouri

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  January 23, 2020

Original Offense:    Ct. 1: Escape from Custody

Original Sentence:   Ct. 1: 18 months' Bureau of Prisons to run consecutive to the sentence imposed in
                     4:15CR40018-005 SMY; followed by two years' supervised release

Type of Supervision:  Supervised Release              Date Supervision Commenced:  October 16, 2020

Custody Status:   Mr. Sims in the custody of the Washington County, Illinois Jail for pending charges.

Assistant U.S. Attorney: Thomas J. Mehan              Defense Attorney: Mohammed Ghulam Ahmed

---

## PETITIONING THE COURT

[ X ]    To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | You must not commit another federal, state or local crime. |
| | On or about June 18, 2021, Mr. Sims committed the offenses of Burglary and Theft. |
| | On or about July 2, 2021, Mr. Sims committed the offenses of Burglary and Theft. |
| Mandatory | You must not unlawfully possess a controlled substance. |
| | On or about July 13, 2021, Mr. Sims unlawfully possessed a controlled substance, in that methamphetamine was found in his residence. |
| Standard #7 | You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing |

Offender Name:  Herman E. Sims Jr.
Docket Number:  0754 3:21CR30093-001

so.  If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

On May 12, 2021, it was verified Mr. Sims changed employment without proper notification to his probation officer.

Mr. Sims has been unemployed since on or about May 27, 2021.

Special #3    You must submit to substance abuse testing to determine if you have used a prohibited substance.  You must not attempt to obstruct or tamper with the testing methods.

On July 1, 2021, Mr. Sims obstructed substance abuse testing.

Special #4    You must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participate in the program (provider, location, modality, duration, intensity, etc.).

On December 15, 2020, May 4, and June 3, 2021, Mr. Sims failed to participate in substance abuse treatment as directed.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:
☐   Other

I declare under penalty of perjury that the forgoing is true and correct.

by  _____
Jennifer A. Herberholt
U.S. Probation Officer

Date:  August 16, 2021

**Offender Name:** Herman E. Sims Jr.
**Docket Number:** 0754 3:21CR30093-001

          This document has been reviewed and approved.

by  _____
        Jacob J. Keane
        Supervisory U.S. Probation Officer

Date:  August 16, 2021

---

THE COURT ORDERS:

- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_____
Honorable Staci M. Yandle
U.S. District Judge

2021.08.17 13:47:36 -05'00'

 August 17, 2021
Date